## Commonwealth *v.* Blum, Appellant.

Argued March 23, 1970. *Stanford Shmukler*, with him *Alan D. Williams, Jr.*, for appellant; *Stephen B. Harris*, Assistant District Attorney, with him *Ward F. Clark*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and CERCONE, JJ., dissent and would grant a new trial.